UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 24-1439
_____

WILLIAM JOSEPH WEBB, JR.
Appellant

v.

KIRK NEAL, Corporal at SCI; C/O EDGAR VERDE
_____

On Appeal from the United States District Court
for the District of Delaware
(D.C. Civil Action No. 1:20-cv-00938)
District Judge:  Honorable Richard G. Andrews
_____

Submitted Pursuant to Third Circuit LAR 34.1(a)
May 13, 2026
Before:  HARDIMAN, FREEMAN, and SCIRICA, *Circuit Judges*
_____

ORDER
_____

BEFORE: CHAGARES, *Chief Judge*, HARDIMAN, SHWARTZ, KRAUSE,
RESTREPO, BIBAS, PORTER, MATEY, PHIPPS, FREEMAN,
MONTGOMERY-REEVES, CHUNG, BOVE, MASCOTT, and SCIRICA, *Circuit
Judges*[*]
_____

_____

[*] The Honorable Anthony J. Scirica, a member of the merits panel for this appeal, was
unavailable to participate in the decision on panel rehearing. The request for panel
rehearing has been submitted to the remaining members of the merits panel and the request
for en banc rehearing has been submitted to all active members of the Court who are not
recused. 28 U.S.C. §46(d) and 3d Cir. I.O.P. 12.1.

The petition for rehearing en banc filed by Appellant in the above-captioned matter having been submitted to the judges who participated in the decision of this Court and to all other available circuit judges of the Court in regular active service, it is hereby **ORDERED** that the petition is **DENIED**.

The Court has amended the opinion to correct minor typographical errors. The Clerk is directed to vacate the opinion entered on July 15, 2026, and file the amended opinion contemporaneously with this Order. As the changes do not affect the judgment, the judgment will remain as filed.

BY THE COURT

_s/ Arianna J. Freeman_
Circuit Judge

Dated: August 14, 2026

kr/cc: William Joseph Webb, Jr.
      Nicholas D. Picollelli, Jr., Esq.